533 A.2d 708

**In re ADOPTION OF K.L.R.F.**

**Appeals of D.A.E. (at No. 11) and K.L.R.F., a minor child (at No. 12).**

Supreme Court of Pennsylvania.

Argued Sept. 21, 1987.

Decided Dec. 2, 1987.

James P. O'Connell, Neighborhood Legal Services, Aliquippa, for V.R.F.W.

Nancy E. Carr, Beaver, for Minor Child.

Cathy D. Campbell, Beaver Falls, for Debra Ellefson.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

 

ORDER

PER CURIAM:

Appeals dismissed as moot.

HUTCHINSON, Former Justice did not participate in the consideration or decision of this case.